**Order entered September 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00829-CV

### IN RE JEROME JOHNSON, Relator

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F01-53637-JH**

## ORDER

Before the Court are relator's September 19, 2019 pro se motions for judicial notice, to stay the mandamus proceedings with motion to abate, and motion for an abatement of proceedings in the interest of justice.[1] Relator is represented by counsel in this matter. Relator is not entitled to hybrid representation. *See Marshall v. State*, 144 S.W.3d 618, 620 n.1 (Tex. Crim. App. 2006). Moreover, on September 18, 2019, the Court issued its opinion and order denying relief on relator's petition for writ of mandamus.

Relator's motions are **DENIED**.

/s/    DAVID L. BRIDGES
        JUSTICE

---

[1] Relator has also filed an objection to a State's response that applies only to his mandamus action pending in cause no. 05-19-00708-CV.